**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT H. NUSSBAUM, | Case No. 2:23-cv-02371-JLS-PD |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA. | |
| Defendant. | |

1

In accordance with the Court's Findings of Fact and Conclusions of Law After Bench Trial issued on May 20, 2025 (Doc. 70), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is entered in favor of Plaintiff Brent H. Nussbaum ("Plaintiff").

2. Defendant United States of America (the "United States) is ordered to pay Plaintiff a total of $19,464.44 in damages, which includes $4,464.44 for property damage and $15,000.00 for past non-economic damages.

3. Plaintiff shall take no damages from the United States for medical expenses or future non-economic damages.

4. Costs of suit are awarded to Plaintiff in an amount according to proof.

Dated: May 30, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE